Anthony P. Troiani, Brownsville, TX, for Defendant–Appellant.

Before DAVIS, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM: *

Jose Luis Escamilla appeals his convictions for conspiracy to possess over 100 kilograms of marijuana with intent to distribute and for possession of approximate 186.3 kilograms of marijuana with intent to distribute. He asserts that the prosecutor asked a series of rhetorical questions which tended to bolster the credibility of the government witness and to indicate to the jury that the fact Escamilla had been indicted constituted evidence of his guilt. He contends that the prosecutor's reference to the success of the confidential informants constituted improper bolstering. Escamilla also maintains that the prosecutor attempted to shift the burden of proof to the defense.

We have reviewed the record, the evidence, and the closing arguments of the parties. Escamilla has not established that the challenged statements constituted improper remarks that either prejudiced his substantive rights or constituted plain error. *United States v. Munoz,* 150 F.3d 401, 414–15 (5th Cir.1998); *United States v. Washington,* 44 F.3d 1271, 1278 (5th Cir.1995). Consequently, the conviction is AFFIRMED.

C.H. ROBINSON CO., FIRST CHOICE DISTRIBUTING LLC, Plaintiffs–Appellants,

v.

AGRI–EMPIRE INC., Alex Farms Corporation, C & G Onion Company, Inc., Curtis Deberry Sales Agency, F.G. Fresh Produce, Juice Produce Company, Inc., Cecgo, Inc., doing business as Monsoon Produce, Riverwood Farms, Sucasa Produce; West Pak Avocado, Inc., Intervenor Plaintiffs–Appellants,

v.

Union Planters Bank, Intervenor Plaintiff–Appellee,

v.

E. Ancer Inc., et al., Defendants.

No. 03–20740.

United States Court of Appeals, Fifth Circuit.

Decided: Aug. 9, 2004.

Before DAVIS, EMILIO M. GARZA and PRADO, Circuit Judges.

PER CURIAM: *

After a careful review of the record and considering the briefs of the parties and

---

* Pursuant to 5th CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

**410**

argument of counsel, we are satisfied that the district court committed no reversible error. We therefore affirm the judgment of the district court for essentially the reasons stated in its careful Memorandum Opinions and Orders of February 21, 2003 and May 15, 2003.

AFFIRMED.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.,5 the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.